FILED 28 JUN '17 10:53 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KEVIN NESBIT (Pro se),

Plaintiff,

V.

PROGRESSIVE CORPORATION INC.
PROGRESSIVE CASUALTY INSURANCE
COMPANY
PROGRESSIVE UNIVERSAL INSURANCE COMPANY

Defendant.

Case No. 3:17-cv-1010-SB

COMPLAINT
Breach or contract

Amount claimed
$1.609,000
Not subject to not Mandatory arbitration

On or about 04-02-2012 The Plaintiff Kevin Nesbit was a victim of a crime. His 1999 Tahoe was stolen from his property located at 7914 SE Lamphier St Milwaukie OR 97222. Plaintiff's auto policy #71670860-0 was current and infect. The policy was held by the above named Defendant. On or about 06-04-2012 the named above defendant agreed to pay the claim and sent over release of ownership paperwork. The Plaintiff Kevin Nesbit requested an agreed value of the 1999 Chevy Tahoe. On or about 06-12-2012 The named above defendant attempted deceive the Plaintiff by explaining to the Plaintiff why they could not give a value at this time until they have received full ownership of the vehicle. The Plaintiff refused to give ownership without an agreed value. The above named defendant was simply trying to take advantage of The Plaintiff. The Plaintiff after complying with all reasonable request by the above named defendant. The Above named Defendant Breached the Insurance contract .As a direct result of defendant's aforementioned actions, plaintiff's suffered finical damage and loss in the sum of $9,000 this reflects the value of the 1999 Chevy Tahoe the plaintiff posted on Craiglist for sale. Plaintiff has also suffered emotional distress in the sum of $100,000.

PAGE 1.                              COMPLAINT

WHEREFORE, plaintiff prays for judgment for damages as follows:

(1) $9,000 for the economic loss value of the vehicle

(2) $1.500,000 Damages for breaching the Insurance policy.

(3) $100,000 damages in the form of deliberate emotional distress.

For such relief as this court deems just and equitable

June 19, 2017

_Kevin Nesbit_
Kevin Nesbit (Pro se)